

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EX PARTE: MARCO ANTONIO HINOJOS, | § | No. 08-17-00077-CR |
|  | § | Appeal from the |
| Appellant. | § | County Criminal Court No. 2 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2017DCV0406) |
|  | § |  |

**O R D E R**

Pending before the Court is Appellant's motion for a hearing on the trial court's alleged refusal to enter a certification of the defendant's right to appeal. The supplemental clerk's record containing the certification is not due to be filed until June 11, 2017. In the event the trial court fails to comply with our order by the deadline, the Court will notify the parties and/or determine what steps are necessary to cause the certification to be filed. Accordingly, Appellant's motion for a hearing is DENIED.

IT IS SO ORDERED this 23rd day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.